## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

ANGELIA TREECE REESER,           *
                                 *
    Plaintiff,               *
                                 *
    v.                       *        CV 320-072
                                 *
KILOLO KIJAKAZI,[1] Acting       *
Commissioner of Social Security, *
                                 *
    Defendant.               *

---

**O R D E R**

---

Plaintiff Angelia Treece Reeser brought this action under 42 U.S.C. § 405(g) seeking judicial review of a final decision of the Defendant Commissioner of Social Security.  The final decision was partially favorable to Plaintiff in that it was determined that she became disabled on August 1, 2019.  Plaintiff had claimed disability benefits from an alleged onset date of June 25, 2016.

After Plaintiff filed her brief, the Commissioner moved for entry of judgment under sentence four § 405(g) with reversal and remand to the Commissioner.  Plaintiff objects to the requested remand only to the extent that the Commissioner may vacate the

---

[1] The Court takes judicial notice that Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration.  The Clerk is **DIRECTED** to substitute Ms. Kijakazi as the proper party defendant in the case.

partially favorable decision that she became disabled on August 1, 2019.

Upon due consideration of the parties' briefs, and noting that the Government has not requested vacation of the partially favorable decision, **IT IS HEREBY ORDERED** that the Commissioner's decision is **REVERSED** with a remand of the case to the Commissioner for further proceedings.  On remand, the Commissioner will offer Plaintiff the opportunity for another hearing and issue a new decision.  The Court suggests to the Commissioner that Plaintiff's ongoing Title XVI disability benefits continue at least until such time as the Commissioner has issued a new decision regarding her entitlement to disability benefits from the alleged disability onset date of June 25, 2016 through present

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia this 27th day of October, 2021.

UNITED STATES DISTRICT JUDGE