AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANGELIA TREECE REESER,

Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 320-072

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, upon the Order dated October 27, 2021, the Commissioner's decision is reversed and this case is remanded to the Commissioner for further proceedings. On remand, the Commissioner will offer Plaintiff the opportunity for another hearing and issue a new decision. This judgment is entered pursuant to Fed. R. Civ. P. 58. This case stands closed.



10/27/2021
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Aabalza*
(By) Deputy Clerk

GAS Rev 10/2020